No. 89–198. NATIONAL TREASURY EMPLOYEES UNION v. UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL.; and
No. 89–562. FEDERAL LABOR RELATIONS AUTHORITY v. NATIONAL TREASURY EMPLOYEES UNION ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Fort Stewart Schools* v. *FLRA*, 495 U. S. 641 (1990). Reported below: 879 F. 2d 1225.

No. 89–736. FEDERAL LABOR RELATIONS AUTHORITY v. FORT KNOX DEPENDENT SCHOOLS ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Fort Stewart Schools* v. *FLRA*, 495 U. S. 641 (1990). 

No. 89–1101. UNITED STATES v. CUNNINGHAM. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Taylor* v. *United States*, 495 U. S. 575 (1990). 

No. 89–1177. 11126 BALTIMORE BLVD., INC., T/A WARWICK BOOKS v. PRINCE GEORGE'S COUNTY, MARYLAND. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *FW/PBS, Inc.* v. *Dallas*, 493 U. S. 215 (1990). 

No. 89–5743. PAYTON v. UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Taylor* v. *United States*, 495 U. S. 575 (1990). 

No. 89–5938. GARCIA v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Taylor* v. *United States*, 495 U. S. 575 (1990).